UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| AWGI, LLC, <br> ATLAS VAN LINES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ATLAS MOVER GROUP LLC Clerk's Entry of Default Entered on 10/7/2024, <br> UNITED BEST MOVING LLC Clerk's Entry of Default Entered on 10/7/2024, <br><br> Defendants. | No. 3:24-cv-00116-MPB-CSW |

# FINAL JUDGMENT

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Plaintiffs AWGI, LLC and Atlas Van Lines, Inc., and against Defendants Atlas Mover Group LLC and United Best Moving LLC.

**IT IS SO ORDERED**.

Dated: February 4, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Mark F. Warzecha
MFW@USLegalTeam.com

By U.S. Mail to:

ATLAS MOVER GROUP LLC
c/o Corporation Service Company as Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092


ATLAS MOVER GROUP LLC
3312 Northside Dr., Suite D
Macon, GA 31210

ATLAS MOVER GROUP LLC
531 Roselane Street NW, Suite 400
Marietta, GA 30060

ATLAS MOVER GROUP LLC
531 Roselane Street NW, Suite 400-003
Marietta, GA 30060

UNITED BEST MOVING LLC
25 Den Ric Court
McDonough, GA 30253

UNITED BEST MOVING LLC
c/o Corporation Service Company as Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

UNITED BEST MOVING LLC
3312 North Side Drive
Macon, GA 31210